CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brian.irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Matthew Minton, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | Case No.: 2:19-cv-00417-APG-BNW<br><br>**Joint Status Report** |

The parties, through their respective counsel, submit the following status report pursuant to the Court's order (ECF No. 38).

On April 29, 2021, the parties participated in a settlement conference with Magistrate Judge Weksler and reached a settlement. Following the settlement conference, counsel for the United States sent a proposed settlement agreement and release to counsel for Plaintiff. Plaintiff responded with proposed changes to the release. The parties continue to have communications regarding the settlement agreement and release. The parties are optimistic that they can finalize the paperwork within the next 30 days without the Court's assistance or intervention. Accordingly, the parties request an additional 30 days, or by July 1, 2021, to submit a dismissal order.

///

///

If the parties are unable to file a stipulated dismissal by that date, the parties agree to file a joint status report stating what is impeding settlement and how or if the court can assist.

Respectfully submitted this 1st day of June 2021.

DATED this 1st day of June 2021.

MGA LAW

By: /s/ Jason Maier
    Jason Maier
    Stephen Clough
    Julia Chumbler
    6785 West Russell Road, Suite 210
    Las Vegas, Nevada 89118
    Attorney for Plaintiff

DATED this 1st day of June 2021.

UNITED STATES ATTORNEY

By: /s/ Brian Irvin
    Brian Irvin, Esq.
    501 S. Las Vegas Boulevard, Suite 1100
    Las Vegas, Nevada 89118
    Attorney for the United States

IT IS SO ORDERED:

DATED this 4th day of June 2021

_____
UNITED STATES MAGISTRATE JUDGE

2