CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Matthew Minton,<br><br>       Plaintiff,<br><br>v.<br><br>United States of America,<br><br>       Defendant. | Case No. 2:19-cv-00417-APG-BNW<br><br>**Order Dismissing Case** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Matthew Minton, through his counsel of record, and Defendant, the United States of America, through its counsel of record, that Plaintiff's lawsuit against the United States hereby be dismissed, with prejudice, pursuant to the settlement agreement, with each party to bear their own fees and costs.

    Dated this 31st day of August 2021.

| MAIER GUTIERREZ & ASSOCIATES | UNITED STATES ATTORNEY |
|---|---|
| */s/ Jason Maier*<br>Jason Maier, Esq.<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorney for Plaintiff* | */s/ Brian Irvin*<br>Brian Irvin, Esq.<br>501 S. Las Vegas Boulevard, Suite 1100<br>Las Vegas, Nevada 89118<br>*Attorney for the United States* |

**IT IS SO ORDERED:**

**DATED this 31st day of August 2021.**

_____
**UNITED STATES DISTRICT JUDGE**